# First District Court of Appeal
## State of Florida

_____

No. 1D2025-0429
_____

TIMOTHY J. MCCANN,

    Appellant,

    v.

RICKY D. DIXON, Sec., FL. Dept.
Corr.,

    Appellee.

_____


On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

May 27, 2026


PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and RAY and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Timothy J. McCann, pro se, Appellant.

Aman S. Dhaliwal, Assistant General Counsel, Florida Department of Corrections, Office of the General Counsel, Tallahassee, for Appellee.